UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
HARRY H. KUTNER, JR., individually and on
behalf of all similarly situated Nassau County
residents eligible to bear arms,

                Plaintiffs,        <u>SUMMONS IN A CIVIL ACTION</u>

  - against -

COUNTY OF NASSAU, and

BRUCE A. BLAKEMAN, personally and in his
official capacity as Nassau County Executive, and

PATRICK J. RYDER, personally and in his official
capacity as Nassau County Police Commissioner,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:    BRUCE A. BLAKEMAN
        COUNTY OF NASSAU
        PATRICK J. RYDER

      **YOU ARE HEREBY SUMMONED** and required to serve on the plaintiff's attorney:

                HARRY H. KUTNER, JR., ESQ.
                1325 Franklin Avenue, Suite 225
                Garden City, New York 11530
                (B) (516) 741-1400

an Answer to the Complaint which is served on you with this Summons, within twenty-one (21) days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any Answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

BRENNA B. MAHONEY            December 12, 2022

CLERK OF COURT                 DATE

By DEPUTY CLERK

HARRY H. KUTNER, JR.
ATTORNEY-AT-LAW
1325 FRANKLIN AVENUE
SUITE 225
GARDEN CITY, N.Y. 11530
(516) 741-1400

## RETURN OF SERVICE

Service of the summons and complaint was made by me on December , 2022

Name of server: _____ (print)    Title (if any) _____

Check one box below to indicate appropriate method of service

served:

☐ Served personally upon the defendant. Place where

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of the person left with:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of Americas that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                   Signature of Server

                                    _____
                                    Address of Server

HARRY H. KUTNER, JR.
ATTORNEY-AT-LAW
1865 FRANKLIN AVENUE
SUITE 926
GARDEN CITY, N.Y. 11530
(516) 741-1400