LAW OFFICES OF
# HARRY H. KUTNER, JR.
1325 FRANKLIN AVENUE, SUITE 225
GARDEN CITY, NEW YORK 11530
(B) (516) 741-1400
(E) HHKUTNERLAW@GMAIL.COM

JOSEPH V. SCHETTINO
DIRECT DIAL (516) 825-4468

HON. HARRY H. KUTNER, SR.
JUSTICE, SUPREME CT. (DEC'D.)

OF COUNSEL

STEPHEN D. KUTNER (DEC'D.)
THEODORE W. ROBINSON (DEC'D.)

January 9, 2023

<u>*VIA ECF ONLY*</u>
Hon. Joan M. Azrack
U.S. District Court
100 Federal Plaza
Central Islip, New York 11722-4438

      Re: <u>KUTNER v. COUNTY OF NASSAU, et al.</u>
        CV # 22-7530

Honorable Madam:

 With regard to the January 9th Order (Doc. 7), the three defendants were served on December 16, 2022 and the proof of service filed on December 28th as Doc. 6.

 However to comply with the Order, copies of it have been served on all three defendants as per the Affidavit filed herewith.

            Respectfully submitted
            Harry H. Kutner, Jr.

HHK/pm
Enclosures

cc: County of Nassau

 Bruce A. Blakeman

 Patrick J. Ryder

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
                ) ss.:
COUNTY OF NASSAU )

PATRICIA McHUGH, being duly sworn, deposes and states:

That I am over the age of eighteen (18) years of age and reside in Nassau County, New York and am not a party to this action.

That on January 9, 2023, I served copies of the January 9, 2023 "ORDER" on the following:

COUNTY OF NASSAU
ONE WEST STREET
MINEOLA, NEW YORK 11501

BRUCE A. BLAKEMAN
1550 FRANKLIN AVENUE
MINEOLA, NEW YORK 11501

PATRICK J. RYDER
1490 FRANKLIN AVENUE
MINEOLA, NEW YORK 11501

by depositing true copies thereof in post-paid wrappers, in an official depository, under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
PATRICIA McHUGH

Sworn to before me on
January 9th, 2023

_____
NOTARY PUBLIC
HARRY H KUTNER JR
Notary Public, State of New York
Qualified in Nassau County
Lic. #02KU4523606
Commission Expires 8-24