LAW OFFICES OF
# HARRY H. KUTNER, JR.

1325 FRANKLIN AVENUE, SUITE 225
GARDEN CITY, NEW YORK 11530
(B) (516) 741-1400
(E) HHKUTNERLAW@GMAIL.COM

JOSEPH V. SCHETTINO
DIRECT DIAL (516) 825-4486

HON. HARRY H. KUTNER, SR.
JUSTICE, SUPREME CT. (DEC'D.)

OF COUNSEL

STEPHEN D. KUTNER (DEC'D.)
THEODORE W. ROBINSON (DEC'D.)

February 1, 2023

*VIA ECF ONLY*
Hon. Joan M. Azrack
U.S. District Judge
100 Federal Plaza
Central Islip, New York 11722-4438

Re: KUTNER, etc. v. COUNTY OF NASSAU, et al.
CV # 22-7530

Honorable Madam:

My wife and I will be out of town next week with family and respectfully request that the court re-schedule the in-person appearance to any day the week of February 13th, or back to a telephone conference or to a virtual appearance.

I am sorry for the inconvenience and obviously appreciate the consideration sought.

Respectfully submitted,

Harry H. Kutner, Jr.

HHK/pm

cc: Ralph J. Reissman, Esq.
Attorney for defendants