# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 2/9/2023              TIME: 9:30 AM              TIME IN COURT: 10 min

CASE:     **Kutner, Jr. v. County of Nassau et al**
          **22-cv-07530-JMA-ARL**

**FILED**
**CLERK**

12:35 pm, Feb 09, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

APPEARANCES:     For Plaintiff: Harry Kutner

                 For Defendants: Ralph Reissman

FTR:

☒     Case called.
☒     Counsel present for all sides.
☐     Briefing schedule set.
          Moving papers served by:
          Response:
          Reply:
          • Moving party is responsible for filing the fully briefed motion on ECF and
            providing courtesy copies to Chambers.
☐     Case to be referred to the Magistrate Judge for
☐     Jury selection and trial scheduled for
☒     A further telephone conference is scheduled for 2/15/2023 at 5:00 PM and will be
      conducted through the AT&T teleconference center.  Parties shall dial 1-877-873-8017
      and enter access code 4785432# at the prompt.
☐     Other: Rulings set forth on the record.