LAW OFFICES OF

# HARRY H. KUTNER, JR.

1325 FRANKLIN AVENUE, SUITE 225
GARDEN CITY, NEW YORK 11530
(B) (516) 741-1400
(E) HHKUTNERLAW@GMAIL.COM

JOSEPH V. SCHETTINO
DIRECT DIAL (516) 825-4468

HON. HARRY H. KUTNER, SR.
JUSTICE, SUPREME CT. (DEC'D.)

OF COUNSEL

STEPHEN D. KUTNER (DEC'D.)
THEODORE W. ROBINSON (DEC'D.)

February 14, 2023

<u>VIA ECF ONLY</u>
Hon. Joan M. Azrack
U.S. District Judge
100 Federal Plaza
Central Islip, New York 11722-4438

      Re:  <u>KUTNER, etc. v. COUNTY OF NASSAU, et al.</u>
           CV # 22-7530

Honorable Madam:

      In order to provide the Court with an advance briefing as to the status before tomorrow's conference, the defendants refuse to issue the license as agreed and thus the newly-revised, attached Order to Show Cause will be submitted for signature and a briefing schedule.

      Last week's message from the NCPD that I show up on Monday to receive the FC license was another waste of time as the NCPD denied their message to me. Mr. Reissman later provided the NCPD computer note that stated that I produced no court decision-mandate that it be issued. Unnoted was my relating to them that my appearance was the result of an informal agreement and instructions received from them on February 8th. The full history is detailed in the attached newly-revised proposed OSC and Supporting Affirmation.

      I thank the Court for its patience and time.

      Respectfully submitted,

      Harry H. Kutner, Jr.

HHK/pm

cc: Ralph J. Reissman, Esq.
    Attorney for defendants