# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 2/15/2023  TIME: 5:00 PM  TIME IN COURT: 20 min

CASE: **Kutner, Jr. v. County of Nassau et al**
**22-cv-07530-JMA-ARL**

APPEARANCES: For Plaintiff: Harry Kutner

For Defendants: Ralph Reissman

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☒ A further telephone conference is scheduled for 2/21/2023 at 1:30 PM and will be conducted through the AT&T teleconference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other: Rulings set forth on the record. Defense counsel to file a letter by Friday.