# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 2/21/2023    TIME: 2:30 PM    TIME IN COURT: 20 min

**FILED
CLERK**

4:22 pm, Feb 21, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

CASE: **Kutner, Jr. v. County of Nassau et al
22-cv-07530-JMA-ARL**

APPEARANCES:   For Plaintiff: Harry Kutner

For Defendants: Ralph Reissman

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone conference is scheduled for   and will be conducted through the AT&T teleconference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other: Rulings set forth on the record. Case is stayed pending the Circuit's decision. [19] and [22] are terminated.