# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY H. KUTNER, JR., individually and on behalf of all similarly situated Nassau County residents eligible to bear arms,<br><br>*Plaintiff,*<br><br>-against-<br><br>COUNTY OF NASSAU, and BRUCE A. BLAKEMAN, personally and in his official capacity as Nassau County Executive, and PATRICK J. RYDER, personally and in his official capacity as Nassau County Police Commissioner,<br><br>*Defendants.* | Civ. No. 2:22-cv-07530-JMA-ARL<br><br>**STIPULATION OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED AND AGREED that the law firm of Rosenberg Calica & Birney LLP, 100 Garden City Plaza, Suite 408, Garden City, New York 11530, shall be and hereby is substituted for and in place of the Office of the County Attorney, County of Nassau, by Thomas A. Adams, County Attorney, One West Street, Mineola, New York 11501, as counsel of record for defendants, County of Nassau, Bruce A. Blakeman and Patrick J. Ryder (the "County Defendants"), in the above-captioned action.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, and all of which together shall constitute one document. Any signature delivered by facsimile transmission or e-mail of a ".pdf" format data file shall create a valid and binding obligation of the party that signed (or on whose behalf such signature is executed) with the same force and effect as if such facsimile or ".pdf" signature page were an original thereof.

Dated: May 22, 2023

ROSENBERG CALICA & BIRNEY LLP

By: _____
    Ronald J. Rosenberg, Esq.
*Incoming Attorneys for the County Defendants*
100 Garden City Plaza, Suite 408
Garden City, New York 11530
(516) 747-7400

OFFICE OF THE COUNTY ATTORNEY
COUNTY OF NASSAU

By: _____
    Thomas A. Adams, County Attorney
    On behalf of the County Defendants
*Outgoing Attorneys for the County Defendants*
One West Street
Mineola, New York 11501
(516) 571-3056

SO-ORDERED:

_____
Dated: