LAW OFFICES OF

# HARRY H. KUTNER, JR.

1325 FRANKLIN AVENUE, SUITE 225
GARDEN CITY, NEW YORK 11530
(B) (516) 741-1400
(E) HHKUTNERLAW@GMAIL.COM

JOSEPH V. SCHETTINO
DIRECT DIAL (516) 825-4466

HON. HARRY H. KUTNER, SR.
JUSTICE, SUPREME CT. (DEC'D.)

OF COUNSEL

STEPHEN D. KUTNER (DEC'D.)
THEODORE W. ROBINSON (DEC'D.)

January 16, 2025

*VIA ECF ONLY*
Hon. Joan M. Azrack
U.S. District Judge
100 Federal Plaza
Central Islip, New York 11722-4438

      Re: KUTNER, etc. v. COUNTY OF NASSAU, et al.
        CV # 22-7530

Honorable Madam:

    This is an immediate reply to defense counsel, Mr. Liebman's January 16th letter.

    Correctly he points out that I did not respond within the Court's required seven days, and failed to explain the reason for the delay. And, I apologize for that omission.

    Since early December, I endured a series of health hurdles that kept me out, or on a much limited basis, of the office. I have fought a cardiomyopathy for years, currently restricting my heart to 50% normal output, but recently also compounded by 15% of the beats being skipped. Thus restricted, any illness is to be especially wary of, and several weeks after undergoing a T.E.E. and concurrent cardioversion from a bout of A-fib, I came down with a severe respiratory illness initially differentially diagnosed as possible pneumonia, causing me to go to an E.R. at 10:00 p.m. Thankfully it was found to be a bad case of Influenza A, but worrisome nonetheless because of my chronic limitations.

    Thus, I apologize for not initially explaining my cause for the delay, and also regret the additional time the Court and Mr. Liebman had to spend on the issue.

# HARRY H. KUTNER, JR.
## ATTORNEY-AT-LAW

      Notably Mr. Liebman pounded on the procedural technicality without addressing the reasonable proposal for overall resolution, thereby inferentially confirming its practicality.

      I am sorry Your Honor has to take the time to address this dispute with your many more weighty matters.

Respectfully submitted,

Harry H. Kutner, Jr.

HHK/pm

cc: Joshua M. Liebman, Esq.
    Attorney for defendants