# ROSENBERG CALICA BIRNEY LIEBMAN & ROSS LLP

100 Garden City Plaza, Suite 408, Garden City, New York 11530  TELEPHONE 516-747-7400

**Joshua M. Liebman**  DIRECT DIAL: (516) 747-7400 (Ext. 333)
Partner  Fax: (516) 747-7480
EMAIL ADDRESS:  JLIEBMAN@ROSENBERGLLP.COM

February 26, 2025

**VIA ECF**

Honorable Joan M. Azrack, United States District Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

Re:  *Harry H. Kutner, Jr., et al. v. County of Nassau, et al.*
  2:22-cv-07530-JMA-ARL
  United States District Court, Eastern District of New York

Dear Judge Azrack:

   We are the attorneys for the defendants, County of Nassau, Bruce A. Blakeman, and Patrick J. Ryder (collectively, the "County") in this matter. I respectfully write in response to the Court's Scheduling Order today adjourning the settlement conference to March 6, 2025 at 9:30 a.m. I greatly appreciate the Court's diligence in scheduling this conference, however, unfortunately, I am actually engaged that morning on an Order to Show Cause in a matter pending in Kings County Supreme Court. I have conferred with my clients regarding alternate dates, and we are available on March 11, 2025 and March 12, 2025 at any time that is convenient for the Court. I sincerely appreciate the Court's understanding and attention to this matter.

Respectfully submitted,

**ROSENBERG CALICA BIRNEY LIEBMAN & ROSS LLP**

By: _____
  Joshua M. Liebman

cc: Harry H. Kutner, Jr. (via ECF)

{00502246-1}