LAW OFFICES OF
# HARRY H. KUTNER, JR.

1325 FRANKLIN AVENUE, SUITE 225
GARDEN CITY, NEW YORK 11530
(B) (516) 741-1400
(E) HHKUTNERLAW@GMAIL.COM

JOSEPH V. SCHETTINO
*DIRECT DIAL* (516) 825-4466

HON. HARRY H. KUTNER, SR.
JUSTICE, SUPREME CT. (DEC'D.)

OF COUNSEL

STEPHEN D. KUTNER (DEC'D.)
THEODORE W. ROBINSON (DEC'D.)

April 11, 2025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 16 2025   ★

LONG ISLAND OFFICE

*VIA EMAIL*
Rosenberg Calica Birney Liebman & Ross LLP
100 Garden City Plaza, Suite 408
Garden City, New York 11530

Attention: Joshua M. Liebman, Esq.

Re: KUTNER, etc. v. COUNTY OF NASSAU, et al.
CV # 22-7530

Dear Mr. Liebman:

This is to advise you that I hand delivered my completed pistol

permit application to the Nassau County Police Department on Tuesday,

April 9, 2025.

Very truly yours,

Harry H. Kutner, Jr.

HHK/pm

cc: Hon. Joan M. Azrack
U.S. District Judge

HARRY H. KUTNER, JR.
ATTORNEY-AT-LAW
1325 FRANKLIN AVENUE, SUITE 225
GARDEN CITY, NEW YORK 11530

MID-ISLAND NY 117

14 APR 2025 PM 3 L

$0.69 0
US POSTAGE IMI
FIRST-CLASS
063S0013856948
FROM 11530
stamps.com
B89343.14

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    APR 16 2025    ★

LONG ISLAND OFFICE

Hon. Joan M. Azrack
U.S. District Judge
100 Federal Plaza
Central Islip, New York 11722-4438

11722-443800