

400 Garden City Plaza, Suite 403, Garden City, New York 11530    TELEPHONE 516-747-7400

**Joshua M. Liebman**  
Partner  
EMAIL ADDRESS:   JLIEBMAN@ROSENBERGLLP.COM

DIRECT DIAL:    (516) 747-7400 (Ext. 333)  
Fax:            (516) 747-7480

May 12, 2025

<u>VIA ECF</u>  
Honorable Joan M. Azrack, United States District Judge  
United States District Court, Eastern District of New York  
100 Federal Plaza  
Courtroom 920  
Central Islip, New York 11722

   Re: *Harry H. Kutner, Jr., et al. v. County of Nassau, et al.*  
     2:22-cv-07530-JMA-ARL  
     <u>United States District Court, Eastern District of New York</u>

Dear Judge Azrack:

  We are the attorneys for the defendants, County of Nassau, Bruce A. Blakeman, and Patrick J. Ryder (collectively, the "County") in this matter. I respectfully write to inform the Court that Mr. Kutner's application for a Concealed Carry Pistol and Semi-Automatic Rifle License was approved on May 8, 2025, and that this morning at 8:58 a.m., Mr. Kutner reported to the Nassau County Police Department's Pistol License Section and retrieved his License. In accordance with the Court's directives at the March 12, 2025 conference, we sent a Stipulation of Dismissal ("Stipulation") to Mr. Kutner today, for signature prior to the upcoming conference on May 14, 2025. A copy of the letter and Stipulation is enclosed herewith. Per our attached letter to Mr. Kutner, we have requested that he promptly signs the Stipulation by no later than tomorrow, so as to obviate the need for Wednesday's conference. As always, we greatly appreciate the Court's cooperation and attention to this matter.

               Respectfully submitted,  
               **ROSENBERG CALICA BIRNEY**  
               **LIEBMAN & ROSS LLP**

               By: _____  
                 Joshua M. Liebman

cc: Harry H. Kutner, Jr. (via ECF)

{00508272-2}